Action by Isabelle Berwick against Katherine Martin and another.

PER CURIAM. Judgment affirmed, without costs. There is no exception that presents a question for review.

BESANT, Respondent, v. LUTZ, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by William N. Besant against Peter Lutz. No opinion. Judgment of the County Court of Westchester County affirmed by default, with costs.

BIANCHI et al., Appellants, v. COLIVA, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Pasquale Bianchi and another against Nicolo Coliva. No opinion. Judgment affirmed, with costs.

BIDWELL, Appellant, v. CUMMINGS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Frank H. Bidwell against James C. Cummings.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, P. J., and LAMBERT, J., dissent.

BIGUS, Appellant, v. LEHIGH & WILKES-BARRE COAL CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Mike Bigus against the Lehigh & Wilkesbarre Coal Company. No opinion. Motion for reargument (160 App. Div. 838, 146 N. Y. Supp. 107) denied, without costs. Motion for leave to appeal to the Court of Appeals granted, without costs.

BLOCK, Respondent, v. LOMBARD, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Alvin Block against Jacob C. Lombard, impleaded with others. No opinion. Interlocutory judgment affirmed, with costs, with leave to the appellant to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

BLACKLOCK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by William J. Blacklock against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

BLOHM, Appellant, v. T. A. GILLESPIE CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Lizzie M. Blohm, as administratrix, etc., of Rudolph D. Blohm, deceased, against the T. A. Gillespie Company. No opinion. Motion denied, without costs. See, also, 146 N. Y. Supp. 1084.

BLOOMFIELD, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 17, 1914.) Action by Emanuel Bloomfield, by Charles Bloomfield, his guardian ad litem, against the Board of Education of the City of New York. No opinion. Judgment unanimously affirmed, with costs. See, also, 147 N. Y. Supp. 1099.

BLOOMFIELD, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Emanuel Bloomfield, by Charles Bloomfield, his guardian ad litem, against the Board of Education of the City of New York. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 147 N. Y. Supp. 1099.

In re BOARD OF SUP'RS OF ULSTER COUNTY. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) In the matter of the application of the Board of Supervisors of Ulster County to acquire lands for the improvement of state highways, etc. No opinion. Final order unanimously affirmed, without costs.

BOHLING, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Bertha Bohling against the Prudential Insurance Company of America. R. D. Whiting, of New York City, for appellant. E. J. West, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 146 N. Y. Supp. 1084; 147 N. Y. Supp. 1099.

BOHLING, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Bertha Bohling against the Prudential Insurance Company of America. R. D. Whiting, of New York City, for appellant. E. J. West, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1099.

BOITEL, Respondent, v. SHILLING, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Andrew W. Boitel, an infant, by Ida Boitel, his guardian ad litem, against George B. Shilling.

PER CURIAM. Order of the County Court of Kings County reversed, with $10 costs and disbursements, and motion granted, with $10 costs, upon the authority of Fisher Malting Co. v. Brown, 92 App. Div. 251, 87 N. Y. Supp. 37; McMann v. Brown, 92 App. Div 249, 87 N. Y. Supp. 38; Brown v Gauss, 95 N. Y. Supp. 538; McGrath v. Murtha & Schmohl Co., 128 App. Div. 278, 112 N. Y. Supp. 679; Holtzoff v. Dodge & Olcott Co., 134 App. Div. 353, 119 N. Y. Supp. 47.

BOLGER, Respondent, v. HAAS TOBACCO CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Joseph Bolger, an infant, etc., against the Haas Tobacco Company. No opinion. Judgment and order affirmed, with costs.

BOLLES, Appellant, v SCHEER, Respondent. (Supreme Court, Appellate Division, First

Department. March 27, 1914.) Action by Samuel E. Bolles against William Scheer. O. S. Bowling, of New York City, for appellant. J. L. Parks, Jr., of New York City, for respondent.

PER CURIAM. Order affirmed with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1100.

DOWLING, J., dissents.

BOLLES v. SCHEER. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Samuel E. Bolles against William Scheer. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1099.

BOOTH, Respondent, v. H. S. KERBAUGH, Inc., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Elijah Booth against H. S. Kerbaugh, Incorporated. No opinion. Judgment and order affirmed, with costs. See, also, 82 Misc. Rep. 57, 143 N. Y. Supp. 624.

BOWES, Respondent, v. W. H. SMALL & CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1914.) Action by William L. Bowes against W. H. Small & Co. No opinion. Judgment and order affirmed, with costs.

BOYD, Respondent, v. BUFFALO STEAM ROLLER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1914.) Action by Donald D. Boyd against the Buffalo Steam Roller Company. No opinion. Motion granted, and appeal dismissed, with costs, including $10 costs of this motion.

BRAGG, Respondent, v. CENTRAL NEW ENGLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Lillian E. Bragg, as administratrix, etc., against the Central New England Railway Company.

PER CURIAM. Motion dismissed. Under the provisions of Judiciary Law (Laws 1909, c. 35 [Consol. Laws, c. 30]) § 2, subd. 3, the Appellate Division of the Supreme Court is constituted a court of record, as is also the Supreme Court by subdivision 4. The justice who granted the order to show cause in this case is not a member of this court, and had no power to grant the same. See, also, 160 App. Div. 603, 145 N. Y. Supp. 1049; 147 N. Y. Supp. 1100.

BRAGG, Respondent, v. CENTRAL NEW ENGLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Lillian B. Bragg, as administratrix, etc., of George Bragg, deceased, against the Central New England Railway Company. No opinion. Motion granted. See, also, 147 N. Y. Supp. 1100.

BRANNAN v. UNION STOCKYARDS BANK OF BUFFALO et al. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Harvey J. Brannan against the Union Stockyards Bank of Buffalo, impleaded with others. No opinion. Judgment affirmed, with costs.

BRAYER, Appellant, v. FENN, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by John F. Brayer against Lily B. M. Fenn, as executrix, etc., with 36 other actions against the same defendant.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KRUSE, P. J., dissents, upon the ground that, even if the original papers were defective, the supplemental affidavit supplied the defects and insufficiencies, and should have been received and considered, as provided by section 768 of the Code of Civil Procedure, as amended in 1911 by Laws 1911, c. 763.

BRENNAN, Respondent, v. TRUSTEES OF VILLAGE OF BATH, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by Johanna Brennan, as administratrix, etc., against the Trustees of the Village of Bath.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 143 App. Div. 740, 128 N. Y. Supp. 204.

FOOTE and MERRELL, JJ., dissent upon the grounds: (1) That it does not appear that the negligence of the defendant, if any, occasioned the death of the plaintiff's intestate; (2) that the deceased was not shown free from contributory negligence.

BRIELMANN, Respondent, v. SEITZ, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1914.) Action by Johanna Brielmann against Louis A. Seitz. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to answer within 20 days on payment of the costs awarded at Special Term and on this appeal.

BROOKLYN MAJESTIC THEATER CO., Appellant, v. HYDE & BEHMAN AMUSEMENT CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by the Brooklyn Majestic Theater Company against the Hyde & Behman Amusement Company. No opinion. Judgment affirmed, with costs.

BROWN et al., Appellants, v. WALTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by William P. Brown and others against William C. Walter. No opinion. Judgment affirmed, with costs. For opinion below, see 145 N. Y. Supp. 859.

BROWNELL, Respondent, v. PARSONS, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Charles A. Brownell against John G. Parsons. No opinion. Judgment reversed, and complaint dismissed, with costs in this court and in the County Court to appellant. Held, that the six-year statute of limitations applies, and that the cause of action was barred thereby.